IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

NICHOLAS ADDISON                                                            PLAINTIFF

v.                                    No. 3:15-cv-364-DPM

JOE HUGHES, Public Defender, Poinsett County;
and LARRY MILLS, Sheriff, Poinsett County                      DEFENDANTS

ORDER

Addison moves to proceed *in forma pauperis*; but he's a three-striker. 28 U.S.C. § 1915(g). Before filing this lawsuit, Addison had at least three cases dismissed for failing to state a claim. *E.g.*, *Addison v. Martin et al.*, 3:15-cv-1-JM; *Addison v. Muse*, 3:15-cv-133-JM; *Addison v. Martin et al.*, 3:15-cv-96-DPM. And nothing in his new complaint suggests he's in imminent danger of serious physical injury. 28 U.S.C. § 1915(g). His application to proceed *in forma pauperis*, № 1, is therefore denied.

Addison's complaint will be dismissed without prejudice. An *in forma pauperis* appeal from this Order and accompanying Judgment will not be taken in good faith. 28 U.S.C. § 1915(a)(3). If Addison wants to pursue this case, then he must pay $400.00 (the statutory filing and administrative fees) and file a motion to reopen the case by 16 December 2015.

So Ordered.

*WPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

16 November 2015