IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

NICHOLAS ADDISON                                                    PLAINTIFF

v.                           No. 3:15-cv-364-DPM

JOE HUGHES, Public Defender, Poinsett County;
and LARRY MILLS, Sheriff, Poinsett County                          DEFENDANTS

## JUDGMENT

Addison's complaint is dismissed without prejudice.

*signature*
D.P. Marshall Jr.
United States District Judge

16 November 2015